No. 90–6202.  MURRAY v. MISSISSIPPI DEPARTMENT OF CORRECTIONS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–6205.  SCOTT v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 90–6210.  BARROGA v. UNITED STATES PATENT AND TRADEMARK OFFICE.  C. A. Fed. Cir.  Certiorari denied.

No. 90–6232.  MOORE v. GREEN, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 90–6235.  OSWALD v. SUPREME COURT OF MICHIGAN. C. A. 6th Cir.  Certiorari denied.

No. 90–6239.  BROWN v. BI-STATE DEVELOPMENT AGENCY ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 90–6242.  VUKADINOVICH v. KRAWCZYK ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 90–6243.  LUND v. ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 90–6245.  VARVARIS v. KOUNTOURIS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–6248.  JOHNSON v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 90–6251.  GAYTAN v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 90–6254.  ZIEGLER v. CHAMPION, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 90–6255.  WELCH v. JOLLEY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–6257.  RUPE v. METROPOLITAN LIFE INSURANCE CO. ET AL.  C. A. 9th Cir.  Certiorari denied.